| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | ROBERT D. BECKER (Bar No. CA 160648) |
| 2 | E-mail: rbecker@manatt.com |
| | RONALD S. KATZ (Bar No. CA 085713) |
| 3 | E-mail: rkatz@manatt.com |
| | SHAWN G. HANSEN (Bar No. CA 197033) |
| 4 | E-mail: shansen@manatt.com |
| | 1001 Page Mill Road, Building 2 |
| 5 | Palo Alto, CA  94304-1006 |
| | Telephone:  (650) 812-1300 |
| 6 | Facsimile:  (650) 213-0260 |
| 7 | *Attorneys for Defendants* |
| | PARTSRIVER, INC., & KELORA SYSTEMS, LLC |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICROSOFT CORPORATION,           Plaintiff,      vs.   PARTSRIVER, INC., & KELORA SYSTEMS, LLC,           Defendants. | Case No. 3:10-cv-5108-EMC  **STIPULATION TO EXTEND TIME FOR RESPONSE TO COMPLAINT**  ; ORDER |

Pursuant to Civil L.R. 6-1(a), Defendants PartsRiver, Inc. ("PartsRiver"), and Kelora Systems, LLC("Kelora") (collectively, "Defendants"), and Plaintiff Microsoft Corporation ("Plaintiff"), by and through their respective undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff served its First Amended Complaint for Declaratory Judgment (Docket No. 5) on Kelora on December 21, 2010; and

WHEREAS, Kelora currently has until January 11, 2011, to answer or otherwise respond to Plaintiff's First Amended Complaint; and

WHEREAS, Plaintiff served its First Amended Complaint for Declaratory Judgment on PartsRiver on December 22, 2010; and

WHEREAS, PartsRiver currently has until January 12, 2011, to answer or otherwise respond to Plaintiff's First Amended Complaint; and

WHEREAS, Defendants and Plaintiff have agreed to an extension until February 10, 2011, for Defendants to answer or otherwise respond to Plaintiff's First Amended Complaint; and

WHEREAS, this extension for Defendants to answer or otherwise respond to Plaintiff's First Amended Complaint will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Defendants and Plaintiff, through their respective undersigned counsel, that PartsRiver and Kelora shall have to and including February 10, 2011, to answer or otherwise respond to Plaintiff's First Amended Complaint.

DATED: January 6, 2011     MANATT, PHELPS & PHILLIPS, LLP

By: _/s/ Robert D. Becker_
Robert D. Becker
Ronald S. Katz
Shawn G. Hansen

*Attorneys for Defendants*
PARTSRIVER, INC., &
KELORA SYSTEMS, LLC

DATED: January 6, 2011     SIDLEY AUSTIN, LLP

IT IS SO ORDERED

_____
Edward M. Chen
U.S. Magistrate Judge

By: _/s/ Marc R. Ascolese_
Marc R. Ascolese

*Attorneys for Plaintiff*
MICROSOFT CORPORATION

*Filer's Attestation:* Pursuant to General Order No. 45, Section X(B) regarding signatures, Robert D. Becker hereby attests that concurrence in the filing of this document has been obtained.

IT IS SO ORDERED
Judge Edward M. Chen